IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA S. WRIGHT,

    Plaintiff,

v.

DUANE WALDERA, et al.,

    Defendants.

ORDER

Case No. 15-cv-363-jdp

On June 15, 2015, this court entered an order directing plaintiff to submit by July 6, 2015, an initial partial payment of the filing fee in this case in the amount of $16.10. Now plaintiff has filed a letter asking the court to waive the $16.10 initial partial payment because he is indigent.

Plaintiff's request will be denied. A review of plaintiff's inmate account statement shows that he has received several deposits totaling $322.01 over the course of four months. With an enlargement of time, plaintiff may be able to pay his initial partial after he receives another deposit to his account. Plaintiff may have until July 31, 2015 to pay his $16.10 initial partial payment. If plaintiff has not received any deposits since the end date of his last statement (May 31, 2015), he should submit a new statement to show that no deposits have been made to his account.

ORDER

IT IS ORDERED that plaintiff Joshua Wright's request to waive the initial partial filing fee, dkt #5, is DENIED without prejudice. Plaintiff may have until July 31, 2015, to submit a check or money order made payable to the clerk of court in the amount of $16.10.

1

If plaintiff fails to respond to this order, or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 6th day of July, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge