IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA SCOTT WRIGHT,

                      Plaintiff,

  v.                                                OPINION & ORDER

SHERIFF DUANE M. WALDERA,
CAPTAIN MICHAEL RING, and                  15-cv-363-jdp
C.O. WANDA OTTOW,

                      Defendants.

---

In an order entered on January 21, 2016, I denied plaintiff Joshua Scott Wright leave to proceed on certain claims and dismissed the remaining claims for plaintiff's failure to comply with Federal Rules of Civil Procedure 8. Dkt. 13. I gave plaintiff until February 4, 2016, to submit a proposed amended complaint addressing the deficiencies that I explained in the January 21 order. In addition, I warned plaintiff that his failure to respond would result in dismissal of this case with prejudice for failure to state a claim upon which relief can be granted and plaintiff would be issued a strike in accordance with 28 U.S.C. § 1915(g). *Paul v. Marberry*, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8). It is now past plaintiff's deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

ORDER

IT IS ORDERED that this case is DISMISSED with prejudice for plaintiff's failure to state a claim upon which relief can be granted. In accordance with 28 U.S.C. § 1915(g), plaintiff will be assessed a strike. The clerk of court is directed to enter judgment and close this case.

Entered March 14, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge