IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA SCOTT WRIGHT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-363-jdp

v.

SHERIFF DUANE M. WADERA,
CAPTAIN MICHAEL RING and
C.O. WANDA OTTOW,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Joshua Scott Wright's failure to state a claim upon which relief can be granted.

| /s/ | 3/14/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |